IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MOLLIE K. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-0475 |
| ) | Judge Trauger |
| ALIVE HOSPICE, INC. and DEBBIE ) | |
| BAUMGART, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On January 4, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed without prejudice. (Docket No. 3) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 8(a)(8).

It is so **ORDERED.**

Enter this 26th day of January 2006.

_____
ALETA A. TRAUGER
U.S. District Judge